1  JEREMY J. THOMPSON
   Nevada Bar No. 12503
2  **CLARK HILL PLLC**
   3800 Howard Hughes Drive, Suite 500
3  Las Vegas, Nevada 89169
   E-mail: jthompson@clarkhill.com
4  Telephone: (702) 862-8300
   Facsimile: (702) 862-8400
5  *Attorney for Defendant*
   *Equifax Information Services LLC*
6

7

8              UNITED STATES DISTRICT COURT
                    DISTRICT OF NEVADA
9

10 TERRY L. MCFALL,                      )  Case No. 2:20-cv-02338-RFB-EJY
                                         )
11              Plaintiff,               )
                                         )
12 vs.                                   )  **JOINT MOTION FOR EXTENSION OF**
                                         )  **TIME FOR DEFENDANT EQUIFAX**
13 EQUIFAX INFORMATION SERVICES LLC,     )  **INFORMATION SERVICES LLC TO**
                                         )  **FILE ANSWER**
14              Defendant.               )
                                         )  **SECOND REQUEST**
15                                       )

16

17     Defendant Equifax Information Services LLC ("Equifax") has requested an extension of

18 time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has

19 no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND

20 AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to

21 answer, move or otherwise respond to the Complaint in this action is extended from February 26,

22 2021 through and including **March 29, 2021**. The request was made by Equifax in order to allow

23

24 . . .

25 . . .

26 . . .

27 . . .

28

the parties additional time to engage in settlement discussion, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 26th day of February, 2021.

CLARK HILL PLLC

By: /s/Jeremy J. Thompson
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy,
Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com

*Attorney for Defendant Equifax Information Services LLC*

<u>*No opposition*</u>

/s/Michael Kind
Michael Kind, Esq.
Nevada Bar No. 13903
KIND LAW
8860 South Maryland Parkway, Suite 106
Las Vegas, NV 89123
Phone: (702) 337-2322
Fax: (702) 329-5881
Email: mk@kindlaw.com


George Haines, Esq.
Nevada Bar No. 9411
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518

*Attorneys for Plaintiff*

IT IS SO ORDERED:

[signature]
United States Magistrate Judge

DATED: February 26, 2021